IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JACOB YATES                                                                                              PLAINTIFF

v.                                            No. 6:16-CV-6008

CENTERFOLD ENTERTAINMENT CLUB,
INC.; and JESSIE ORRELL, Individually and
As an Officer and/or Director of Centerfold
Entertainment Club, Inc.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 5th day of July, 2017.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE